E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MOANEY LAWRENCE RAY,<br><br>　　　　　Defendant | Case No.: CR 06-mj-70706-WDB<br><br>[~~PROPOSED~~] ORDER FOR PASS FROM HALFWAY HOUSE DURING THANKSGIVING, NOVEMBER 22, 2006 |

Based upon oral representations of defense counsel in Court on November 20, 2006, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Moaney Ray be granted a 12-hour pass from Cornell Corrections

Defense counsel has spoken with Pre-Trial Services Officer Victoria Gibson and to the Assistant Director and the defendant's case worker at Cornell Corrections Halfway House in Oakland, where defendant Ray currently resides. None of these parties objects to a twelve hour pass being issued for Mr. Ray for Thanksgiving for the hours below.

So that he may travel with his family to his aunt's house at 709 Star Tulip Drive, Vacaville, California, Mr. Ray is ordered released from the halfway house to the custody

[PROPOSED] ORDER
- 1 -

Dbt f !5;17.n k81817.X EC!!!!!Epdvn f ou24!!!!!Gjfne!220820311 7!!!!!Qbhf !3!pg3

10:00 AM  10:00 AM  EC

of his stepmother Monica Byrd from ~~11~~ am until ~~11~~ pm on November 22, 20006 in order to visit his aunt's home for Thanksgiving. Mr. Ray is to return to the halfway house by ~~11 pm~~. 10:00 PM. EC

Dated:

HON. ~~WAYNE D. BRAZIL~~ EDWARD M. CHEN
US MAGISTRATE JUDGE