ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorney for defendant Moaney Ray

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 06-mj-70706-WDB |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR PASS FROM HALFWAY HOUSE DURING CHRISTMAS, DECEMBER 25, 2006 |
| vs. | ) |
| MOANEY LAWRENCE RAY, | ) |
| Defendant | ) |

The defendant Moaney Ray was ordered by this Court released to Cornell Corrections Halfway House in Oakland. He currently resides at the halfway house.

Defense counsel has spoken with Pre-Trial Services Officer Victoria Gibson, who supervises Mr. Ray's release. She does not object to a twelve hour pass being issued for Mr. Ray for Christmas, December 25, 2006, for the hours below.

The parties hereby stipulate that this Court should order that defendant Moaney Ray be granted a 12-hour pass from Cornell Corrections from 9 am to 9 pm on Christmas Day, December 25, 2006, to attend his family's holiday festivities. Mr. Ray will be

picked up by his girlfriend Tamika Perry and will attend festivities at the home of his aunt, Ellen Louisville, at 3400 Richmond Parkway #4103, Richmond, CA 94806.

Dated: March 22, 2006

Respectfully Submitted,

RAMSEY & EHRLICH LLP

//S//

ISMAIL RAMSEY

KEVIN V. RYAN
UNITED STATES ATTORNEY

//S//

GARTH HIRE
ASSISTANT US ATTORNEY

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Moaney Ray be granted a 12-hour pass from Cornell Corrections.

Mr. Ray may be released from the halfway house to the custody of Tamika Perry to attend holiday festivities at the home of his aunt Ellen Louisville, 3400 Richmond Parkway, Apt. 4103, Richmond, CA 94806 from 9 am until 9 pm on December 25, 2006. Mr. Ray is to return to the halfway house by 9 pm.

Dated: December 21, 2006

IT IS SO ORDERED

Judge Bernard Zimmerman