ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorney for defendant Moaney Ray

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br>MOANEY LAWRENCE RAY,<br><br>  Defendant | Case No.: 4:06-mj-70706-WDB<br><br>ORDER FOR PASS FROM CORNELL CORRECTIONS HALFWAY HOUSE FOR APRIL 14, 2007 |

    The defendant Moaney Ray was ordered by this Court released to Cornell Corrections Halfway House in Oakland on November 2, 2006.  He currently resides at the halfway house.  To date, he has been granted two separate passes to leave and visit with his family – once on Thanksgiving and again on Christmas.

    Defense counsel has spoken with Pre-Trial Services Officer Victoria Gibson, who supervises Mr. Ray's release.  She does not object to a twelve hour pass being issued for Mr. Ray for April 14, 2006, for the hours below in order to again allow him to visit with family.

    The parties hereby stipulate that this Court should order that defendant Moaney Ray be granted a 12-hour pass from Cornell Corrections from 8 am to 8 pm on April 14, 2007,

to visit with family members. Mr. Ray will visit with his family at the home of his family friend, Michelle Marie Wagner, 2430 Lancaster, Richmond, CA.

Dated:                                                      Respectfully Submitted,

RAMSEY & EHRLICH LLP

//S//

ISMAIL RAMSEY

KEVIN V. RYAN
UNITED STATES ATTORNEY

//S//

GARTH HIRE
ASSISTANT US ATTORNEY

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Moaney Ray be granted a 12-hour pass from Cornell Corrections.

    Mr. Ray may be released from the halfway house to the custody visit with family at the home of family friend Michelle Wagner, 2430 Lancaster, Richmond, CA from 8 am until 8 pm on April 14, 2007. Mr. Ray is to return to the halfway house by 8 pm.

Dated: April 12, 2007

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ Wayne D. Brazil — Judge Wayne D. Brazil]*

_____
WAYNE D. BRAZIL
United States Magistrate Judge