ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorney for defendant Moaney Ray

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: 4-06-mj-70706-WDB |
|---|---|---|
| Plaintiff, | ) ) | ORDER FOR PASS FROM CORNELL CORRECTIONS HALFWAY HOUSE |
| vs. | ) ) | FOR APRIL 30, 2007 |
| MOANEY LAWRENCE RAY, | ) ) | |
| Defendant | ) ) | |

The defendant Moaney Ray was ordered by this Court released to Cornell Corrections Halfway House in Oakland on November 2, 2006.  He currently resides at the halfway house.

Alan Hicks III, the defendant's first cousin, recently was killed.  His funeral is scheduled for today at 11 am at   Stewarts Rose Funeral Home, 3331 MacDonald, Richmond , CA 94805.  Defense counsel has contacted employee Silvia Marillo at the funeral home, who has confirmed that the funeral is today at 11 am.

Defense counsel has spoken with Pre-Trial Services Officer Victoria Gibson, who supervises Mr. Ray's release.  She does not object to a pass being issued to Mr. Ray for April 30, 2007, to allow him to attend the funeral and attendant family events following

the funeral.  Previously, Moaney has been granted a pass on three separate occasions to visit with his family without incident.

 The parties hereby stipulate that this Court should order that defendant Moaney Ray be granted a pass from Cornell Corrections for today, April 30, 2007, until 9 pm to attend his cousin's funeral and attendant family events.

Dated:　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　RAMSEY & EHRLICH LLP


　　　　　　　　　　　　　　　　　　　　　//S//
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ISMAIL RAMSEY

　　　　　　　　　　　　　　　　　　　　　SCOTT SCHOOLS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　　　　//S//
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GARTH HIRE
　　　　　　　　　　　　　　　　　　　　　ASSISTANT US ATTORNEY


 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Moaney Ray be granted a pass today, April 30, 2007, from Cornell Corrections until 9 pm to attend the funeral of his cousin, Alan Hicks III, and attendant family events.  The funeral is to be held at Stewarts Rose Funeral Home, 3331 MacDonald, Richmond , CA 94805.  Mr. Ray is to return to the halfway house by 9 pm.

Dated:  April 30, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — signed Judge Wayne D. Brazil]