ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorney for defendant Moaney Ray

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: 4- 06-mj-70706-WDB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) MODIFY BAIL CONDITIONS |
| MOANEY LAWRENCE RAY, | ) |
| Defendant | ) |

    The defendant Moaney Ray was ordered by this Court released to Cornell Corrections Halfway House in Oakland on November 2, 2006.  He currently resides at the halfway house.  To date, he has been granted four separate passes to leave and visit with his family – once on Thanksgiving, another on Christmas, another on April 14, 2007, and a final one to attend the funeral of his cousin.

    Defense counsel has spoken with Pre-Trial Services Officer Victoria Gibson, who supervises Mr. Ray's release.  She does not object to Moaney Ray being granted up to one 12-hour pass from the halfway house on weekends to visit with his family.

    The parties hereby stipulate that this Court should modify defendant Moaney Ray's bail conditions to allow for up to one 12-hour pass from Cornell Corrections per weekend, at the discretion of his PreTrial Services officer, so that he may visit with his

family.  Ray must confirm with PreTrial Services where he will visit his family while away from the halfway house subject to any pass.

Dated:        May 11, 2007                    Respectfully Submitted,

                RAMSEY & EHRLICH LLP


                //S//
                _____
                ISMAIL RAMSEY

                SCOTT SCHOOLS
                UNITED STATES ATTORNEY


                //S//
                _____
                GARTH HIRE
                ASSISTANT US ATTORNEY

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Moaney Ray's bail conditions be modified to allow for up to one 12-hour pass from Cornell Corrections per weekend, at the discretion of his PreTrial Services officer, so that he may visit with his family.  Ray must confirm with PreTrial Services where he will visit his family while away from the halfway house subject to any pass.

Dated:  May 11, 2007

                _____
                HON. WAYNE D. BRAZIL
                U.S. MAGISTRATE JUDGE