| | | |
|---|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney | **FILED** |
| 2 | | MAY 2 5 2007 |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division | |
| 4 | GARTH HIRE (CASBN 187330)<br>Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-06-70706 WDB |
| Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| v. ) | |
| ) | |
| MOANEY RAY, ) | (OAKLAND VENUE) |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above criminal complaint with prejudice and moves that the Court exonerate any bond and that any supervision of defendant by pre-trial services be terminated.

DATED: May 25, 2007                         Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
GARTH HIRE
Assistant United States Attorney

NOTICE OF DISMISSAL (4-06-70706 WDB)

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial, Marshal

[~~PROPOSED~~] ORDER

Leave of Court is granted to the government to dismiss the above-captioned criminal complaint. It is further ordered that any bond be exonerated and that any supervision of defendant by pre-trial services be terminated.

Date: 5/25/07

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge